ORIGINAL

1  PHILIP T. BESIROF (CA SBN 185053)
   PBesirof@mofo.com
2  ALEXEI KLESTOFF (CA SBN 224016)
   AKlestoff@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Plaintiffs
   3A ENTERTAINMENT LTD. and LABCROFT LTD.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 3A ENTERTAINMENT LTD. and LABCROFT    Case No. CV 08 1274 PVT
   LTD.,
13                                        CERTIFICATION AND NOTICE
                 Plaintiffs,              OF INTERESTED PARTIES
14
       v.
15
   CONSTANT ENTERTAINMENT, INC. and
16 PHILIP HO,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED PARTIES                                    1

sf-2427303

1  Pursuant to Civil Local Rule 3-16, to enable the Court to evaluate possible disqualification
2  or recusal, the undersigned counsel of record for Plaintiffs 3A Entertainment, Ltd. and Labcroft,
3  Ltd. certify that the following listed parties may have a financial interest in the subject matter in
4  controversy:

5  Akella

6  Digital Storm Trading, Ltd.

7  SWT Entertainment, Ltd.

8  OOO "Izdatelstvo Akella-1"

9  Quadriga Capital

10  Intel Capital

12  Dated: March 4, 2008

PHILIP T. BESIROF
ALEXEI KLESTOFF
MORRISON & FOERSTER LLP

By: _____
Philip T. Besirof

Attorneys for Plaintiffs
3A ENTERTAINMENT LTD. and
LABCROFT LTD.