# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

3A ENTERTAINMENT LTD and LABCROFT LTD.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

CONSTANT ENTERTAINMENT, INC. AND PHILIP HO

TO: (Name and address of defendant)

Philip Ho
445 Bryant Ave
Sunnyvale, CA 94086

PVT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Philip T. Besirof
Alexei Klestoff
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE _____

_____
(BY) DEPUTY CLERK

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me[1]    DATE |
| Name of SERVER                                      TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                     Date                                     Signature of Server

                                                                      _____
                                                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com