ALEXEI KLESTOFF (SBN 224016)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : 3A ENTERTAINMENT LTD

Defendant : CONSTANT ENTERTAINMENT, INC.

Ref#: 231967    *   **PROOF OF SERVICE**   *   Case No.: CV 08-1274 (PVT)

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR RESCISSION, BREACH OF CONTRACT, FRAUD, AND NEGLIGENT MISREPRESENTATION; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; DROP BOX FILING PROCEDURES; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served    : CONSTANT ENTERTAINMENT, INC.

    By serving      : Hien Wong, Mother of Agent for Service

    Address         : (Home)
                        445 Bryan Avenue
                        Sunnyvale, CA 94086

    Date of Service: March 12, 2008

    Time of Service: 1:33 PM

Person who served papers:
KURT W. SEDERMAN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $276.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 641
(iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 13, 2008                                Signature_____

ALEXEI KLESTOFF (SBN 204074)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : 3A ENTERTAINMENT LTD

Defendant : CONSTANT ENTERTAINMENT, INC.

Ref#: 231967          * **DECLARATION OF MAILING** *    Case No.: CV 08-1274 (PVT)

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR RESCISSION, BREACH OF CONTRACT, FRAUD, AND NEGLIGENT MISREPRESENTATION; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; DROP BOX FILING PROCEDURES; ECF REGISTRATION INFORMATION HANDOUT

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Francisco, California, addressed as follows:

      CONSTANT ENTERTAINMENT, INC.

      (Home)
      445 Bryan Avenue
      Sunnyvale, CA 94086

      Date of Mailing: March 13, 2008

Person who served papers:                    Fee for service: $276.00
KURT W. SEDERMAN                             Registered California process server.
SPECIALIZED LEGAL SERVICES, INC.             (i) Employee or Independent Contractor
1112 Bryant Street, Suite 200                (ii) Registration no.: 641
San Francisco, CA 94103                      (iii) County: Alameda
Telephone: (415) 357-0500

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 13, 2008                         Signature _____

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
ALEXEI KLESTOFF (SBN 224016)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3A ENTERTAINMENT LTD<br><br>                    Plaintiff,<br>V.<br>CONSTANT ENTERTAINMENT, INC.<br><br>                    Defendant. | CASE NUMBER<br>CV 08-1274 (PVT)<br><br>**DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR RESCISSION, BREACH OF CONTRACT, FRAUD, AND NEGLIGENT MISREPRESENTATION; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; DROP BOX FILING PROCEDURES; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person served as follows:

    Served            : CONSTANT ENTERTAINMENT, INC.

    By serving      : Philip Ho, Agent for Service, by leaving documents with Hien Wong, Mother of Agent for Service

    Address          : (Home)
                            445 Bryan Avenue
                            Sunnyvale, CA 94086

    Date of Service : March 12, 2008

    Time of Service : 1:33 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: March 14, 2008

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Alameda
Number 641

Signature: _____
KURT W. SEDERMAN

231967

ALEXEI KLESTOFF (SBN 224016)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : 3A ENTERTAINMENT LTD

Defendant : CONSTANT ENTERTAINMENT, INC.

Ref#: 231967        *  **DECLARATION RE SERVICE**  *        Case No.: CV 08-1274 (PVT)

I am and was on the dates herein mentioned, over the age of eighteen and not a party to the within action. My business address is: 1112 Bryant Street, Suite 200, San Francisco, CA 94103. I received the within process on March 5, 2008 and made the following attempt(s), effort(s), and/or inquirie(s) to serve the within named: CONSTANT ENTERTAINMENT, INC.

Residence address (H) : 445 Bryan Avenue, Sunnyvale, CA 94086

Business address  (B) : UNKNOWN

<u>Below is a list of dates, times and details regarding efforts to effect service.</u>

3/5/2008 @ 4:30 PM (H) Subject is not in per Hien Wong, mother of subject.  Attempt made by Jennifer Martinez.
3/10/2008 @ 10:40 AM (H) Subject is in Los Angeles until Wednesday March 12.  Attempt made by Kurt Sederman
3/12/0200 @ 1:33 PM (H) Effected substitute service per CCP § 415.20(b). Left documents with Hien Wong, Philip Ho's mother.

Declarant:
KURT W. SEDERMAN
SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $276.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 641
(iii) County: Alameda

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 14, 2008                    Signature 

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : 3A ENTERTAINMENT LTD
Defendant : CONSTANT ENTERTAINMENT, INC.

Ref#: 231967          * **DECLARATION OF MAILING** *   Case No.: CV 08-1274 (PVT)

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR RESCISSION, BREACH OF CONTRACT, FRAUD, AND NEGLIGENT MISREPRESENTATION; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; DROP BOX FILING PROCEDURES; ECF REGISTRATION INFORMATION HANDOUT

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Francisco, California, addressed as follows:

CONSTANT ENTERTAINMENT, INC.

(Home)
445 Bryan Avenue
Sunnyvale, CA 94086

Date of Mailing: March 13, 2008

Person who served papers:
KURT W. SEDERMAN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $276.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 641
(iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 14, 2008                         Signature