ALEXEI KLESTOFF (SBN 224016)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : 3A ENTERTAINMENT LTD

Defendant : CONSTANT ENTERTAINMENT, INC.

Ref#: 231966    *    **PROOF OF SERVICE**    *    Case No.: CV 08-1274 (PVT)

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR RESCISSION, BREACH OF CONTRACT, FRAUD, AND NEGLIGENT MISREPRESENTATION; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; DROP BOX FILING PROCEDURES; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person named below, as follows:

          Party served     : PHILIP HO

          By serving       : Hien Wong, Mother

          Address          : (Home)
                             445 Bryan Avenue
                             Sunnyvale, CA 94086

          Date of Service: March 12, 2008

          Time of Service: 1:33 PM

Person who served papers:
KURT W. SEDERMAN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $25.70
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 641
(iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 13, 2008                    Signature 

ALEXEI KLESTOFF
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : 3A ENTERTAINMENT LTD

Defendant : CONSTANT ENTERTAINMENT, INC.

Ref#: 231966          *  **DECLARATION OF MAILING**  *   Case No.: CV 08-1274 (PVT)

At the time of service I was at least eighteen years of age and not a party
to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR RESCISSION, BREACH OF CONTRACT,
FRAUD, AND NEGLIGENT MISREPRESENTATION; CERTIFICATION AND NOTICE OF
INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA; DROP BOX FILING PROCEDURES; ECF REGISTRATION
INFORMATION HANDOUT

in the within action by placing true copies thereof in a sealed envelope
with first class postage fully prepaid thereon in the United States mail
at San Francisco, California, addressed as follows:

   PHILIP HO

   (Home)
   445 Bryan Avenue
   Sunnyvale, CA 94086


   Date of Mailing: March 13, 2008


Person who served papers:                  Fee for service: $25.70
KURT W. SEDERMAN                           Registered California process server.
SPECIALIZED LEGAL SERVICES, INC.           (i) Employee or Independent Contractor
1112 Bryant Street, Suite 200              (ii) Registration no.: 641
San Francisco, CA 94103                    (iii) County: Alameda
Telephone: (415) 357-0500

I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.

Date: March 13, 2008                        Signature _____

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
ALEXEI KLESTOFF (SBN 224016)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| 3A ENTERTAINMENT LTD<br><br>Plaintiff,<br>V.<br><br>CONSTANT ENTERTAINMENT, INC.<br><br>Defendant. | CASE NUMBER<br>CV 08-1274 (PVT)<br><br>**DECLARATION OF SERVICE** |
|---|---|

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR RESCISSION, BREACH OF CONTRACT, FRAUD, AND NEGLIGENT MISREPRESENTATION; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; DROP BOX FILING PROCEDURES; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person served as follows:

Served            : PHILIP HO

By serving        : Hien Wong, Mother

Address           : (Home)
                    445 Bryan Avenue
                    Sunnyvale, CA 94086

Date of Service   : March 12, 2008

Time of Service   : 1:33 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: March 14, 2008

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Alameda
Number 641                                         Signature: _____
                                                              KURT W. SEDERMAN
231966

ALEXEI KLESTOFF (SBN 224016)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : 3A ENTERTAINMENT LTD

Defendant : CONSTANT ENTERTAINMENT, INC.

Ref#: 231966        *  **DECLARATION RE SERVICE**  *    Case No.: CV 08-1274 (PVT)

I am and was on the dates herein mentioned, over the age of eighteen and not a party to the within action. My business address is: 1112 Bryant Street, Suite 200, San Francisco, CA 94103. I received the within process on March 5, 2008 and made the following attempt(s), effort(s), and/or inquirie(s) to serve the within named: PHILIP HO

Residence address (H) : 445 Bryan Avenue, Sunnyvale, CA 94086

Business address   (B) : UNKNOWN

Below is a list of dates, times and details regarding efforts to effect service.

3/5/2008 @ 4:30 PM (H) Subject is not in per Hien Wong, mother of subject.  Attempt made by Jennifer Martinez.
3/10/2008 @ 10:40 AM (H) Subject is in Los Angeles until Wednesday March 12.  Attempt made by Kurt Sederman
3/12/0200 @ 1:33 PM (H) Effected substitute service per CCP § 415.20(b). Left documents with Hien Wong, Philip Ho's mother.

Declarant:
KURT W. SEDERMAN
SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $25.70
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 641
(iii) County: Alameda

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 14, 2008               Signature

ALEXEI KLESTOFF (SBN 224016)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : 3A ENTERTAINMENT LTD

Defendant : CONSTANT ENTERTAINMENT, INC.

Ref#: 231966          *  **DECLARATION OF MAILING**  *    Case No.: CV 08-1274 (PVT)

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR RESCISSION, BREACH OF CONTRACT, FRAUD, AND NEGLIGENT MISREPRESENTATION; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; DROP BOX FILING PROCEDURES; ECF REGISTRATION INFORMATION HANDOUT

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Francisco, California, addressed as follows:

PHILIP HO

(Home)
445 Bryan Avenue
Sunnyvale, CA 94086

Date of Mailing: March 13, 2008

Person who served papers:
KURT W. SEDERMAN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $25.70
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 641
(iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 14, 2008                               Signature_____