PHILIP T. BESIROF (CA SBN 185053)
PBesirof@mofo.com
ALEXEI KLESTOFF (CA SBN 224016)
AKlestoff@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs
3A ENTERTAINMENT LTD. and LABCROFT LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3A ENTERTAINMENT LTD. and LABCROFT LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>CONSTANT ENTERTAINMENT, INC. and PHILIP HO,<br><br>Defendants. | Case No.   CV 08-1274 PVT<br><br>**REQUEST TO CLERK TO ENTER DEFAULT**<br><br>Complaint filed:  March 4, 2008 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs hereby request that the Clerk of the above-entitled Court enter default in this matter against defendants Constant Entertainment, Inc. ("Constant") and Philip Ho on the ground that they have failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiffs served the complaint on defendants on March 12, 2008, as evidenced by the Proof of Service of Summons on file with this court.

The above-stated facts are set forth in the accompanying declaration of Alexei Klestoff, filed herewith.

//

//

| | | |
|---|---|---|
| 1 | Dated: April 17, 2008 | PHILIP T. BESIROF<br>ALEXEI KLESTOFF<br>MORRISON & FOERSTER LLP |

By:  /s/ Alexei Klestoff
        Alexei Klestoff

Attorneys for Plaintiffs
3A ENTERTAINMENT LTD. and
LABCROFT LTD.