PHILIP T. BESIROF (CA SBN 185053)
PBesirof@mofo.com
ALEXEI KLESTOFF (CA SBN 224016)
AKlestoff@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs
3A ENTERTAINMENT LTD. and LABCROFT LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3A ENTERTAINMENT LTD. and LABCROFT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CONSTANT ENTERTAINMENT, INC. and PHILIP HO, <br><br> Defendants. | Case No.   CV 08-1274 PVT <br><br> **DECLARATION OF ALEXEI KLESTOFF IN SUPPORT OF REQUEST TO ENTER DEFAULT** |

I, Alexei Klestoff, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am associated with the law firm of Morrison & Foerster LLP, counsel of record for plaintiffs in this action. I make this declaration based on personal knowledge. If called as a witness, I would testify to the following facts:

2. Plaintiffs filed their complaint on March 4, 2008.

3. Defendants were served with the summons and complaint via substituted service on March 12, 2008, as evidenced by the proofs of service filed with the Court on March 17, 2008.

1  4. Defendants' response to the Complaint was due on or before April 14, 2008. As of
2  the date of this declaration, defendants have not responded to the Complaint or otherwise
3  appeared in this action.
4  I declare under penalty of perjury under the laws of the United States that the foregoing is
5  true and correct
6  Executed in San Francisco, California on the 17th day of April, 2008.

          /s/ Alexei Klestoff
          Alexei Klestoff