PHILIP T. BESIROF (CA SBN 185053)
PBesirof@mofo.com
ALEXEI KLESTOFF (CA SBN 224016)
AKlestoff@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs
3A ENTERTAINMENT LTD. and LABCROFT LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3A ENTERTAINMENT LTD. and LABCROFT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CONSTANT ENTERTAINMENT, INC. and PHILIP HO, <br><br> Defendants. | Case No.    CV 08-1274 PVT <br><br> **CERTIFICATE OF SERVICE OF REQUEST TO CLERK TO ENTER DEFAULT** <br><br> Date action filed:  March 4, 2008 |

sf-2501135

1

## CERTIFICATE OF SERVICE BY OVERNIGHT DELIVERY
(Fed. R. Civ. Proc. rule 5(b))

2

3           I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause;

4     I am over the age of eighteen years; and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for overnight delivery and know that in the

5     ordinary course of Morrison & Foerster's business practice the document described below will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized

6     courier or driver authorized by UPS to receive documents on the same date that it is placed at Morrison & Foerster for collection.

7           I further declare that on the date hereof I served a copy of:

8     ## REQUEST TO CLERK TO ENTER DEFAULT

9     ## DECLARATION OF ALEXEI KLESTOFF IN SUPPORT OF
REQUEST TO ENTER DEFAULT

10

11    on the following by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows for collection by UPS at Morrison & Foerster LLP, 425 Market

12    Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practice.

13
      Philip Ho
14    Constant Entertainment
      445 Bryan Avenue
15    Sunnyvale, CA 94086
      *Attorneys for Defendant*

16
      I declare under penalty of perjury that the above is true and correct.
17
      Executed at San Francisco, California, this 17th day of April, 2008.
18

19

20

21    _____          _____
                Mia R. Gimenez                              /s/
22                 (typed)                              (signature)

23

24

25

26

27

28