PHILIP T. BESIROF (CA SBN 185053)
PBesirof@mofo.com
ALEXEI KLESTOFF (CA SBN 224016)
AKlestoff@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs
3A ENTERTAINMENT LTD. and LABCROFT LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3A ENTERTAINMENT LTD. and LABCROFT LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>CONSTANT ENTERTAINMENT, INC. and PHILIP HO,<br><br>Defendants. | Case No.   CV 08-1274 PVT<br><br>**SUPPLEMENTAL DECLARATION OF ALEXEI KLESTOFF IN SUPPORT OF REQUEST TO ENTER DEFAULT** |

I, Alexei Klestoff, declare as follows:

1.  I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court.  I am associated with the law firm of Morrison & Foerster LLP, counsel of record for plaintiffs in this action.  I make this declaration based on personal knowledge.  If called as a witness, I would testify to the following facts:

2.  Based on the results of investigation done at my request, I have determined that defendant Philip Ho is not in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 *et seq*.).

//

//

SUPPLEMENTAL DECLARATION OF A. KLESTOFF ISO REQUEST TO ENTER DEFAULT
Case No. CV 08-1274 PVT

sf-2502274

1

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

Executed in San Francisco, California on the 18th day of April, 2008.

                                        /s/ Alexei Klestoff
                                          Alexei Klestoff

SUPPLEMENTAL DECLARATION OF A. KLESTOFF ISO REQUEST TO ENTER DEFAULT
Case No. CV 08-1274 PVT

2

sf-2502274