PHILIP T. BESIROF (CA SBN 185053)
PBesirof@mofo.com
ALEXEI KLESTOFF (CA SBN 224016)
AKlestoff@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs
3A ENTERTAINMENT LTD. and LABCROFT LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3A ENTERTAINMENT LTD. and LABCROFT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CONSTANT ENTERTAINMENT, INC. and PHILIP HO, <br><br> Defendants. | Case No.   CV 08-1274 PVT <br><br> **CERTIFICATE OF SERVICE OF SUPPLEMENTAL DECLARATION OF ALEXEI KLESTOFF IN SUPPORT OF REQUEST TO ENTER DEFAULT** <br><br> Date action filed:  March 4, 2008 |

CERTIFICATE OF SERVICE OF REQUEST TO ENTER DEFAULT

sf-2502475

**CERTIFICATE OF SERVICE BY OVERNIGHT DELIVERY**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years; and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it is placed at Morrison & Foerster for collection.

I further declare that on the date hereof I served a copy of:

**SUPPLEMENTAL DECLARATION OF ALEXEI KLESTOFF IN SUPPORT OF REQUEST TO ENTER DEFAULT**

on the following by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows for collection by UPS at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practice.

Philip Ho
Constant Entertainment
445 Bryan Avenue
Sunnyvale, CA 94086
*Defendant*

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 18th day of April, 2008.

| Mia R. Gimenez | /s/ |
|---|---|
| (typed) | (signature) |