**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

April 22, 2008

RE: CV 08-01274 PVT     3A ENTERTAINMENT LTD-v- CONSTANT ENTERTAINMENT

Default is entered as to Defendants Constant Entertainment, Inc and Philip Ho on 4/22/2008.

RICHARD W. WIEKING, Clerk

by Betty Walton  
Case Systems Administrator

NDC TR-4  Rev. 3/89