PHILIP T. BESIROF (CA SBN 185053)
PBesirof@mofo.com
ALEXEI KLESTOFF (CA SBN 224016)
AKlestoff@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs
3A ENTERTAINMENT LTD. and LABCROFT LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3A ENTERTAINMENT LTD. and LABCROFT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CONSTANT ENTERTAINMENT, INC. and PHILIP HO, <br><br> Defendants. | Case No.   CV 08-1274 PVT <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST THAT DISCOVERY COMMENCE IMMEDIATELY** <br><br> Date action filed:  March 4, 2008 |

Having considered Plaintiffs' request for permission to immediately commence discovery, and good cause appearing therefor, the Court hereby rules that the request is GRANTED. Plaintiffs are permitted to serve discovery as of the date of this Order.

Dated: _____

By: _____

United States District Court Judge

CASE MANAGEMENT STATEMENT AND RULE 26(F) REPORT
CASE NO. CV 08-1274 PVT

sf-2533163

1