1  PHILIP T. BESIROF (CA SBN 185053)
   PBesirof@mofo.com
2  ALEXEI KLESTOFF (CA SBN 224016)
   AKlestoff@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Plaintiffs
   3A ENTERTAINMENT LTD. and LABCROFT LTD.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12  3A ENTERTAINMENT LTD. and LABCROFT        Case No.    CV 08-1274 JW
    LTD.,
13                                            **[PROPOSED] ORDER
                 Plaintiffs,                  GRANTING PLAINTIFFS'
14                                            REQUEST THAT DISCOVERY
         v.                                   COMMENCE IMMEDIATELY**
15
16  CONSTANT ENTERTAINMENT, INC. and
    PHILIP HO,                                 Date action filed:  March 4, 2008
17
                 Defendants.
18

19        Having considered Plaintiffs' Motion for Expedited Discovery, and good cause appearing

20  therefor, the Court hereby rules that the motion is GRANTED.  Plaintiffs are permitted to serve

21  discovery as of the date of this Order.

22
    Dated: _____
23

24                                  By:  _____
                                              James Ware
25                                      United States District Court Judge

26

27

28