1   PHILIP T. BESIROF (CA SBN 185053)
    PBesirof@mofo.com
2   ALEXEI KLESTOFF (CA SBN 224016)
    AKlestoff@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522

6   Attorneys for Plaintiffs
    3A ENTERTAINMENT LTD. and LABCROFT LTD.

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  3A ENTERTAINMENT LTD. and LABCROFT          Case No.    CV 08-1274 JW
    LTD.,
13                                              **[PROPOSED] ORDER
                    Plaintiffs,                 GRANTING EXPEDITED
14                                              DISCOVERY**
            v.
15
    CONSTANT ENTERTAINMENT, INC. and             Date action filed:  March 4, 2008
16  PHILIP HO,

17                  Defendants.

18

19          Having considered Plaintiffs' Motion for Expedited Discovery, and good cause appearing

20  therefor, the Court hereby rules that the motion is GRANTED.  Plaintiffs are permitted to serve

21  discovery as of the date of this Order.

22
    Dated:  _____
23

24                                      By:    _____
                                                       James Ware
25                                             United States District Court Judge

26

27

28
                     [PROPOSED] ORDER GRANTING EXPEDITED DISCOVERY
                                CASE NO. CV 08-1274 JW                                    1

    sf-2535709