IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3A Entertainment Ltd., et al., | NO. C 08-01274 JW |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| Constant Entertainment, Inc., et al, | |
| Defendants. | |

Pursuant to the Court's January 30, 2009 Order Granting Plaintiffs' Motion for Default Judgment, judgment is entered in favor of Plaintiffs 3A Entertainment Ltd. and Labcroft Ltd., against Defendants Constant Entertainment, Inc. and Philip Ho as follows:

(1) Defendant Constant Entertainment shall pay Plaintiff 3A Entertainment $926,482 plus interest;

(2) Defendant Constant Entertainment and Ho, jointly and severally, shall pay Plaintiff 3A Entertainment $168,000 plus interest;

(3) Defendant Constant and Ho, jointly and severally, shall pay Plaintiff Labcroft $171,774.50 plus interest.

The Clerk shall close this file.

Dated: January 30, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexei Klestoff aklestoff@mofo.com
Philip T. Besirof PBesirof@mofo.com

**Dated: January 30, 2009**               Richard W. Wieking, Clerk

                                          **By:      /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**